IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY HINES, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>LOWE'S HOME CENTERS, LLC, )<br>)<br>Defendant ) | No. CIV-16-873-C |

ADMINISTRATIVE CLOSING ORDER

On the representation from plaintiff's counsel Shannon C. Haupt, the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 60 days of this date for the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall be deemed to be dismissed.

IT IS SO ORDERED this 1st day of March, 2016.

ROBIN J. CAUTHRON
United States District Judge