# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  TIMOTHY HINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-873-C |
| | ) | |
| 1.  LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Timothy Hines, hereby stipulates with the Defendant, Lowe's Home Centers, LLC, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 20th DAY OF MARCH, 2017.**

s/ Shannon C. Haupt
Jana B. Leonard, OBA #17844
Shannon C. Haupt, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:  405-239-3800
Facsimile:  405-239-3801
leonardjb@leonardlaw.net
haupts@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

1

 s/Mary P. Snyder
(Signed with permission)
Adam W. Childers, OBA #18673
Mary P. Snyder, OBA # 31427
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave, Suite 100
Oklahoma City, Oklahoma 73102-8273
Tele: (405) 235-7700 Fax: (405) 239-6651
adam.childers@crowedunlevy.com
mary.snyder@crowedunlevy.com
*Attorneys for Defendant*